## City of Chicago, Appellee, v. Joseph Shore, Appellant.

### Gen. No. 24,324.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. J. A. SWANSON, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed March 25, 1918.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Joseph Shore, defendant, for violation of an ordinance. Defendant, appealing from a judgment of conviction, failed to file the record at the proper term. Appellee docketed the cause, filed a short record and moved to affirm the judgment of the Municipal Court.

The judgment was affirmed under the decision in *City of Chicago v. Salmitsky, ante,* p. 159.

No appearance for appellant.

HARRY B. MILLER and DANIEL WEBSTER, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.